# UNITED STATES DISTRICT COURT

**RECEIVED**

MAY 1 0 2022

Clerk, U.S. District Court
Juneau, AK

for the

_____ District of _____

_____ Division

Case No. 1:22-CV-00049 RRB

*(to be filled in by the Clerk's Office)*

William Carol Clarke

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☒ Yes ☐ No

Federal Bureau of Investigations

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William C Clarke |
| Street Address | 8715 Trai Street |
| City and County | Junrau |
| State and Zip Code | Alaska 99801 |
| Telephone Number | 907-419-7077 |
| E-mail Address | 123456Indaca@6mail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

Name: FEDERAL BUREAU OF INVESTIGATIONS

Job or Title (if known):

Street Address: 709 W 9th ST # 957

City and County: JUNEAU

State and Zip Code: ALASKA 99801

Telephone Number: 907-463-3461

E-mail Address (if known):

**Defendant No. 2**

Name: FEDERAL COMMUNICATIONS COMMISSION

Job or Title (if known):

Street Address: 445 TWELFTH STREET SW

City and County: WASHINGTON

State and Zip Code: DISTRICT OF COLUMBIA ~~2002~~ 20554

Telephone Number: 1-888-225-5322

E-mail Address (if known):

**Defendant No. 3**

Name: SOCIAL SECURITY ADMINISTRATION

Job or Title (if known):

Street Address: 709 W 9th ST. STE # 231

City and County: JUNEAU

State and Zip Code: ALASKA 99801

Telephone Number: 1-800-772-1213

E-mail Address (if known):

**Defendant No. 4**

Name: GCI

Job or Title (if known):

Street Address: 8390 AIRPORT BLVD # 101

City and County: JUNEAU

State and Zip Code: ALASKA 99801

Telephone Number: 1-800-800-4800

E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1st AMENDMENT THROUGH THE 12TH AMENDMENT
18 US Code 793-794 19.61 1035
CHAPTER 73 1510, 1512, 1513, 1518, 1519
CHAPTER 77 2319 1030, 1831-1839 1836-1139

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* WILLIAM CARd CLARKE , is a citizen of the State of *(name)* ALASKA .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* FEDERAL BUREAU OF *Investigation* is incorporated under

the laws of the State of *(name)* ALASKA , and has its

principal place of business in the State of *(name)* ALASKA .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

ORGANIZED CRIME!

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

All NAMED DEFENDANTS AND, Business, AGENCIES ARE INVOLVED! REFER to All civil DOCKETS FILED BY PlAINTIFF!

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

REFER to All civil DOCKETS! FILED IN PLAINTIFFS NAME!

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-9-22

Signature of Plaintiff *William C Clark*

Printed Name of Plaintiff William C CLARKE

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Defendant No. 1

    Name      TAd PALIN

    Job or Title *(if known)*

    Street Address      UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name      Willow PALIN

    Job or Title *(if known)*

    Street Address      UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name      JENNIFER SZZSPANSKI

    Job or Title *(if known)*

    Street Address      UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name      JOE CROPSKY

    Job or Title *(if known)*

    Street Address      UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 1

Name  JERRY CROPICK V

Job or Title *(if known)*

Street Address  8215 THAI STREET

City and County  JUNEAU

State and Zip Code  ALASKA 99801

Telephone Number  907-586-4159

E-mail Address *(if known)*

Defendant No. 2

Name  FRANK MILLER

Job or Title *(if known)*

Street Address  UNKNOWN

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name  DUANE MILLER

Job or Title *(if known)*

Street Address  UNKNOWN

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name  KAREN MILLER

Job or Title *(if known)*

Street Address  UNKNOWN

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 1

Name     DONALD TRUMP

Job or Title *(if known)*

Street Address     725 5TH AVE

City and County     NEW YORK

State and Zip Code     NEW YORK 10022

Telephone Number     1-212-832-2000

E-mail Address *(if known)*

Defendant No. 2

Name     MELANIA TRUMP

Job or Title *(if known)*

Street Address     725 5TH AVE

City and County     NEW YORK

State and Zip Code     NEW YORK 10022

Telephone Number     1-212-832-2000

E-mail Address *(if known)*

Defendant No. 3

Name     BARRON TRUMP

Job or Title *(if known)*

Street Address     725 5TH AVE

City and County     NEW YORK

State and Zip Code     NEW YORK 10022

Telephone Number     1-212-832-2000

E-mail Address *(if known)*

Defendant No. 4

Name     IVANKA TRUMP

Job or Title *(if known)*

Street Address     725 5TH AVE

City and County     NEW YORK

State and Zip Code     NEW YORK 10022

Telephone Number     1-212-832-2000

E-mail Address *(if known)*

**Defendant No. 1**

Name       LOUISS DouglASS INN

Job or Title *(if known)*

Street Address    915 3RD St

City and County    DouglAS

State and Zip Code   AlASKA 99824

Telephone Number   907-364-2337

E-mail Address *(if known)*

**Defendant No. 2**

Name       JuNAAU TAXi

Job or Title *(if known)*

Street Address    3241 HoSPitAl DR

City and County    JuNAAU

State and Zip Code   AlASKA 99801

Telephone Number   907-586-1111

E-mail Address *(if known)*

**Defendant No. 3**

Name       GlACiER TAXi + TouRS

Job or Title *(if known)*

Street Address    5234 GlACiER HWY

City and County    JuNRAU

State and Zip Code   AlASKA 99801

Telephone Number   907-796-2300

E-mail Address *(if known)*

**Defendant No. 4**

Name       NEW YORK PoliCE DEPARTMENT

Job or Title *(if known)*

Street Address    1 PoliCE PLZ

City and County    NEW YORK

State and Zip Code   NEW YORK 10038

Telephone Number   1-518-462-8013

E-mail Address *(if known)*

Defendant No. 1

    Name                       MISTY CHURCH

    Job or Title *(if known)*

    Street Address           UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                       JOSH SMITH

    Job or Title *(if known)*

    Street Address           UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                       JOSH COOK

    Job or Title *(if known)*

    Street Address           UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name                       JOHN MOSS

    Job or Title *(if known)*

    Street Address           UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 1

    Name                     *Elizabeth Cropley*

    Job or Title *(if known)*

    Street Address           *UNKNOWN*

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                     *LEE MILLER*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                     *TAPIA ~~CHURCH~~ CHURCH*

    Job or Title *(if known)*

    Street Address            *UNKNOWN*

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name                     *PETER CHURCH*

    Job or Title *(if known)*

    Street Address            *UNKNOWN*

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 1

Name      WELLS FARGO BANK

Job or Title *(if known)*

Street Address      123 SEWARD ST

City and County      JUNEAU

State and Zip Code      ALASKA 99801

Telephone Number      907-586-3324

E-mail Address *(if known)*

Defendant No. 2

Name      FIRST NATIONAL BANK ALASKA

Job or Title *(if known)*

Street Address      840 W 10TH ST

City and County      JUNEAU

State and Zip Code      ALASKA 99801

Telephone Number      907-586-5400

E-mail Address *(if known)*

Defendant No. 3

Name      JOE BIDEN

Job or Title *(if known)*      PRESIDENT

Street Address      1600 PENNSYLVANIA AVENUE NW

City and County      WASHINGTON

State and Zip Code      DISTRICT OF COLUMBIA 20500

Telephone Number      1-202-456-1414

E-mail Address *(if known)*

Defendant No. 4

Name      KAMALA HARRIS

Job or Title *(if known)*      VICE PRESIDENT

Street Address      1600 PENNSYLVANIA AVENUE NW

City and County      WASHINGTON

State and Zip Code      DISTRICT OF COLUMBIA 20500

Telephone Number      1-202-456-1414

E-mail Address *(if known)*

**Defendant No. 1**

| | |
|---|---|
| Name | VALLEY BREEZE IN |
| Job or Title *(if known)* | |
| Street Address | 2200 TRout St |
| City and County | JuNRAU |
| State and Zip Code | AlASKA 99801 |
| Telephone Number | 907-789-7878 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Douglas BREEZE IN |
| Job or Title *(if known)* | |
| Street Address | 3370 DouglAS HWY |
| City and County | DouglAS |
| State and Zip Code | AlASKA 99824 |
| Telephone Number | 1-907-789-7878 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | ADmiRAlty CoNstRuction |
| Job or Title *(if known)* | |
| Street Address | 4420 N DouglAS HWY |
| City and County | JuNRAU |
| State and Zip Code | AlASKA 99801 |
| Telephone Number | 907-463-4882 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | HomE Liquor + DEli |
| Job or Title *(if known)* | |
| Street Address | 425 W willougH By AvH |
| City and County | JuNRAU |
| State and Zip Code | AlASKA 99801 |
| Telephone Number | 907-586-2232 |
| E-mail Address *(if known)* | |

**Defendant No. 1**

| | |
|---|---|
| Name | IKES FUEL |
| Job or Title *(if known)* | |
| Street Address | 409 5TH St |
| City and County | Douglas |
| State and Zip Code | Alaska 99824 |
| Telephone Number | 907-364-3420 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | TAKU SMOKERIES |
| Job or Title *(if known)* | |
| Street Address | 550 S. FRANKLIN St |
| City and County | Junhau |
| State and Zip Code | ALASKA 99801 |
| Telephone Number | 1-800-582-5122 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | TRACY'S King CRAB SHACK |
| Job or Title *(if known)* | |
| Street Address | 432 S. FRANKLIN St |
| City and County | Junhau |
| State and Zip Code | ALASKA 99801 |
| Telephone Number | 907-790-2722 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | BEN CRUMP |
| Job or Title *(if known)* | |
| Street Address | 122 S. CALHOUN St. |
| City and County | TALLAHASSEE |
| State and Zip Code | Florida 32301 |
| Telephone Number | 1-800-713-1222 |
| E-mail Address *(if known)* | |

Defendant No. 1

Name      MORGAN & MORGAN

Job or Title *(if known)*

Street Address      201 N. FRANKLIN ST. 7th FLOOR

City and County      TAMPA

State and Zip Code      FLORIDA 33602

Telephone Number      1-813-223-5506

E-mail Address *(if known)*

Defendant No. 2

Name      OFFICE OF CHILDRENS SERVICES

Job or Title *(if known)*

Street Address      9107 MENDENHALL RD # 300

City and County      JUNEAU

State and Zip Code      ALASKA 99801

Telephone Number      907-465-1650

E-mail Address *(if known)*

Defendant No. 3

Name      JOHNSON YOUTH CENTER

Job or Title *(if known)*

Street Address      3252 HOSPITAL DR

City and County      JUNEAU

State and Zip Code      ALASKA 99801

Telephone Number      907-586-9433

E-mail Address *(if known)*

Defendant No. 4

Name      JUNEAU YOUTH SERVICES

Job or Title *(if known)*

Street Address      2075 JORDAN AVE

City and County      JUNEAU

State and Zip Code      ALASKA 99801

Telephone Number      907-789-7610

E-mail Address *(if known)*

**Defendant No. 1**

    Name                      ANCHORAGE POLICE DEPARTMENT

    Job or Title *(if known)*

    Street Address            716 W 4TH AVR

    City and County         ANCHORAGE

    State and Zip Code      ALASKA 99501

    Telephone Number     907-786-8900

    E-mail Address *(if known)*

**Defendant No. 2**

    Name                      WASILLA POLICE DEPARTMENT

    Job or Title *(if known)*

    Street Address            801 N. WASSILLA FISH HOOK RD

    City and County         WASILLA

    State and Zip Code      ALASKA 99654

    Telephone Number     907-352-5401

    E-mail Address *(if known)*

**Defendant No. 3**

    Name                      SEWARD POLICE DEPARTMENT

    Job or Title *(if known)*

    Street Address            410 ADAMS St

    City and County         SEWARD

    State and Zip Code      ALASKA 99664

    Telephone Number     907-224-3338

    E-mail Address *(if known)*

**Defendant No. 4**

    Name                      ALASKA DIVISION OF PUBLIC ASSISTANCE

    Job or Title *(if known)*

    Street Address            350 MAIN St #304

    City and County         JUNEAU

    State and Zip Code      ALASKA 99801

    Telephone Number     907-465-3347

    E-mail Address *(if known)*

Defendant No. 1

Name PUBLIC ASSISTANCE DIVISION

Job or Title (if known)

Street Address 855 COMMERCIAL DR

City and County WASILLA

State and Zip Code ALASKA 99654

Telephone Number 907-376-3903

E-mail Address (if known)

Defendant No. 2

Name BETHEL DIVISION OF PUBLIC ASSISTANCE

Job or Title (if known)

Street Address 460 RIDGE CREST DR.

City and County BETHEL

State and Zip Code ALASKA 99559

Telephone Number 1-800-478-2686

E-mail Address (if known)

Defendant No. 3

Name KENAI PUBLIC ASSISTANCE DIVISION

Job or Title (if known)

Street Address 11312 KENAI SPUR HWY

City and County KENAI

State and Zip Code ALASKA 99611

Telephone Number 1-800-478-7778

E-mail Address (if known)

Defendant No. 4

Name JUNEAU FIRE STATION

Job or Title (if known)

Street Address 820 GLACIER AVE

City and County JUNEAU

State and Zip Code ALASKA 99801

Telephone Number

E-mail Address (if known)

Defendant No. 1

    Name      Juneau School District

    Job or Title *(if known)*

    Street Address      1208 Glacier Avenue

    City and County      Juneau

    State and Zip Code      Alaska 99801

    Telephone Number      907-523-1700

    E-mail Address *(if known)*

Defendant No. 2

    Name      Eric Adams

    Job or Title *(if known)*

    Street Address      City Hall

    City and County      New York

    State and Zip Code      New York 10007

    Telephone Number      1-212-NEW-YORK

    E-mail Address *(if known)*

Defendant No. 3

    Name      Juneau Empire

    Job or Title *(if known)*

    Street Address      8800 Glacier Hwy Ste#219

    City and County      Juneau

    State and Zip Code      Alaska 99801

    Telephone Number      907-586-3740

    E-mail Address *(if known)*

Defendant No. 4

    Name      Anchorage Daily News

    Job or Title *(if known)*

    Street Address      300 W. 31 St Ave

    City and County      Anchorage

    State and Zip Code      Alaska 99503

    Telephone Number      1-907-257-4200

    E-mail Address *(if known)*

Defendant No. 1

    Name                              NEW YORK TIMES

    Job or Title *(if known)*

    Street Address                620 8TH AVE

    City and County             NEW YORK

    State and Zip Code         NEW YORK   10036

    Telephone Number        1-212-556-1234

    E-mail Address *(if known)*

Defendant No. 2

    Name                              WASHINGTON POST

    Job or Title *(if known)*

    Street Address                1301 K St NW

    City and County             WASHINGTON

    State and Zip Code         District of Columbia   20071

    Telephone Number        1-202-334-6100

    E-mail Address *(if known)*

Defendant No. 3

    Name                              SEATTLE TIMES

    Job or Title *(if known)*

    Street Address                1000  DENNY WAY

    City and County             SEATTLE

    State and Zip Code         WASHINGTON   98109

    Telephone Number        1-206-464-2111

    E-mail Address *(if known)*

Defendant No. 4

    Name                              KToo

    Job or Title *(if known)*

    Street Address                360 EGAN DRIVE

    City and County             JUNEAU

    State and Zip Code         ALASKA   99801-1769

    Telephone Number        907-586-1670

    E-mail Address *(if known)*

Defendant No. 1

Name      DUTCH KNIGHT

Job or Title *(if known)*

Street Address      8585 old DAIRY RD STE#102

City and County      JUNEAU

State and Zip Code      AlASKA 99801

Telephone Number      907-789-5533

E-mail Address *(if known)*

Defendant No. 2

Name      KAREN WRIGHT

Job or Title *(if known)*

Street Address      8585 old DAIRY RD STE#102

City and County      JUNEAU

State and Zip Code      AlASKA 99801

Telephone Number      907-789-5533

E-mail Address *(if known)*

Defendant No. 3

Name      MANdy MASSEY

Job or Title *(if known)*

Street Address      8146 KEEGAN St

City and County      JUNEAU

State and Zip Code      AlASKA 99801

Telephone Number      1-907-321-0050

E-mail Address *(if known)*

Defendant No. 4

Name      CAPitAl TRANSit

Job or Title *(if known)*

Street Address      1099 BENtwood Pl

City and County      JUNEAU

State and Zip Code      AlASKA 99801

Telephone Number      907-789-6901

E-mail Address *(if known)*

**Defendant No. 1**

    Name                  SARAH PALIN

    Job or Title *(if known)*

    Street Address         1140 W PARKS HWY

    City and County       WASILLA

    State and Zip Code    ALASKA   99654

    Telephone Number    907-373-3113

    E-mail Address *(if known)*

**Defendant No. 2**

    Name                  KXLJ

    Job or Title *(if known)*

    Street Address         1105 WEST 9TH ST

    City and County       JUNEAU

    State and Zip Code    ALASKA   99801

    Telephone Number    907-586-2455

    E-mail Address *(if known)*

**Defendant No. 3**

    Name                  KINY

    Job or Title *(if known)*

    Street Address         3161 CHANNEL DR STE# 2

    City and County       JUNEAU

    State and Zip Code    ALASKA   99801

    Telephone Number    907-586-3630

    E-mail Address *(if known)*

**Defendant No. 4**

    Name                  MARTY MCKEOWN

    Job or Title *(if known)*

    Street Address         3031 Clinton DR.

    City and County       JUNEAU

    State and Zip Code    ALASKA   99801

    Telephone Number    907-789-4794

    E-mail Address *(if known)*

Defendant No. 1

Name — SECON SouthEAst Alaska

Job or Title *(if known)*

Street Address — 1836 ANKA St.

City and County — JUNEAU

State and Zip Code — Alaska 99801

Telephone Number — 907-780-5145

E-mail Address *(if known)*

Defendant No. 2

Name — Moutain side URGENT CARE

Job or Title *(if known)*

Street Address — 3225 Hospital DR Suite # 102

City and County — JUNEAU

State and Zip Code — Alaska 99801

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — FRED MEYER

Job or Title *(if known)*

Street Address — 8181 Glacier Hwy

City and County — JUNEAU

State and Zip Code — Alaska 99801

Telephone Number — 907-789-6500

E-mail Address *(if known)*

Defendant No. 4

Name — Food LAND IGA

Job or Title *(if known)*

Street Address — 615 W Willoughby AVE

City and County — JUNEAU

State and Zip Code — Alaska 99801

Telephone Number — 907-586-3101

E-mail Address *(if known)*

**Defendant No. 1**

Name — Gold Belt Tram

Job or Title *(if known)*

Street Address — 490 S. FRANKLIN St

City and County — Junkau

State and Zip Code — AlASKA 99801

Telephone Number — 1-907-463-3412

E-mail Address *(if known)*

**Defendant No. 2**

Name — JEWELERS INTERNATIONAL

Job or Title *(if known)*

Street Address — 265 S. FRANKLIN STREET

City and County — Junkau

State and Zip Code — AlASKA 99801

Telephone Number — 907-523-5253

E-mail Address *(if known)*

**Defendant No. 3**

Name — Red LADY

Job or Title *(if known)*

Street Address — 291 S. FRANKLIN St.

City and County — Junkau

State and Zip Code — AlASKA 99801

Telephone Number — 907-523-5200

E-mail Address *(if known)*

**Defendant No. 4**

Name — Wings AiRWAYS + TAKu GlaciER LodGE

Job or Title *(if known)*

Street Address — 2 MARiNE WAY # 175

City and County — Junkau

State and Zip Code — AlASKA 99801

Telephone Number — 907-586-6275

E-mail Address *(if known)*

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

SECURITIES & EXCHANGE COMMISSION

100 F STREET NE
WASHINGTON
DISTRICT OF COLUMBIA 20549
Question?

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

BARTLETT REGIONAL HOSPITAL

3260 HOSPITAL DR
JUNEAU
ALASKA 99801
907-796-8900

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

South East Alaska Regional Health Consortium

1200 SALMON CREEK LANE
JUNEAU
ALASKA 99801-7809
907-463-4040

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

DISABILITY LAW CENTER

230 S. FRANKLIN ST #206
JUNEAU
ALASKA 99801
907-586-1627

**Defendant No. 1**

Name                        ANGIE KEMP

Job or Title *(if known)*    DISTRICT ATTORNEY

Street Address             123 4th STREET

City and County          JUNEAU

State and Zip Code       JUNEAU  99801

Telephone Number      907-463-4770

E-mail Address *(if known)*

**Defendant No. 2**

Name                        EMILY WRIGHT

Job or Title *(if known)*    MAGISTRATE

Street Address             123 4th STREET

City and County          JUNEAU

State and Zip Code       Alaska  99801

Telephone Number      907-463-4770

E-mail Address *(if known)*

**Defendant No. 3**

Name                        AMY FENSKE

Job or Title *(if known)*    DISTRICT ATTORNEY

Street Address             304 LAKE St. RM 202

City and County          SITKA

State and Zip Code       Alaska  99835

Telephone Number      907-747-5851

E-mail Address *(if known)*

**Defendant No. 4**

Name                        PHILIP PALLENBERG

Job or Title *(if known)*    JUDGE

Street Address             825 WEST 4th ST.

City and County          JUNEAU

State and Zip Code       Alaska  99801

Telephone Number      1-907-264-0514

E-mail Address *(if known)*

Defendant No. 1

    Name                         JAMES MOSS

    Job or Title *(if known)*

    Street Address              UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                         FRANK SARANOVICH

    Job or Title *(if known)*

    Street Address              UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                         Vince Isturis

    Job or Title *(if known)*

    Street Address              UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name                         HEATHER BRIGGS

    Job or Title *(if known)*

    Street Address              UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 1

    Name                  CODY SHAW

    Job or Title *(if known)*

    Street Address        UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                  ROGER BAINKS

    Job or Title *(if known)*

    Street Address        UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                  GARY DURLING

    Job or Title *(if known)*

    Street Address        UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name                  TAMMY DURLING

    Job or Title *(if known)*

    Street Address        UNKNOWN

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 1

Name ADAN MENDOZA

Job or Title *(if known)* CHIEF OF POLICE

Street Address 35 CAMINO JUSTICIA

City and County SANTA FE

State and Zip Code NEW MEXICO 87508

Telephone Number 1-505-986-2400

E-mail Address *(if known)*


Defendant No. 2

Name JUNEAU PUBLIC LIBRARY

Job or Title *(if known)*

Street Address 292 MARINE WAY

City and County JUNEAU

State and Zip Code ALASKA 99801

Telephone Number 907-586-5249

E-mail Address *(if known)*


Defendant No. 3

Name ALASKA STATE LIBRARY + Historical Collections

Job or Title *(if known)*

Street Address 395 WHITTIER ST

City and County JUNEAU

State and Zip Code ALASKA 99801

Telephone Number 907-465-2920

E-mail Address *(if known)*


Defendant No. 4

Name Douglas PUBLIC LIBRARY

Job or Title *(if known)*

Street Address 1016 3RD ST.

City and County Douglas

State and Zip Code ALASKA 99824

Telephone Number 1-907-364-2378

E-mail Address *(if known)*

**Defendant No. 1**

Name: MIA- MALIKA HENDERSON

Job or Title *(if known)*: MEDIA

Street Address: 10 COLUMBUS CIRCLE

City and County: NEW YORK

State and Zip Code: NEW YORK 10019

Telephone Number: 1-212-275-7800

E-mail Address *(if known)*:

**Defendant No. 2**

Name: US PROSECUTORS

Job or Title *(if known)*: 709 WEST 9th STREET ROOM 937

Street Address:

City and County: JUNEAU

State and Zip Code: ALASKA 99802

Telephone Number: 907-796-0400

E-mail Address *(if known)*:

**Defendant No. 3**

Name: MICHEL MOORE

Job or Title *(if known)*: CHIEF OF POLICE

Street Address: 100 WEST FIRST STREET Suite 1072

City and County: LOS ANGELES

State and Zip Code: CALIFORNIA 90012

Telephone Number: 1-213-486-0150

E-mail Address *(if known)*:

**Defendant No. 4**

Name: LERONNE ARMSTRONG

Job or Title *(if known)*: CHIEF OF POLICE

Street Address: 455 7TH St

City and County: OAKLAND

State and Zip Code: CALIFORNIA 94607

Telephone Number: 1-510-777-3333

E-mail Address *(if known)*:

Defendant No. 1

Name  BRIANNA KEILAR

Job or Title *(if known)*  MEDIA

Street Address  10 COLUMBUS CIRCLE

City and County  NEW YORK

State and Zip Code  NEW YORK 10019

Telephone Number  1-212-275-7800

E-mail Address *(if known)*


Defendant No. 2

Name  ABBY PHILLIP

Job or Title *(if known)*  MEDIA

Street Address  10 COLUMBUS CIRCLE

City and County  NEW YORK

State and Zip Code  NEW YORK 10019

Telephone Number  1-212-275-7800

E-mail Address *(if known)*


Defendant No. 3

Name  RICHARD QUEST

Job or Title *(if known)*  MEDIA

Street Address  10 COLUMBUS CIRCLE

City and County  NEW YORK

State and Zip Code  NEW YORK 10019

Telephone Number  1-212-275-7800

E-mail Address *(if known)*


Defendant No. 4

Name  FREDRICKA WHITFIELD

Job or Title *(if known)*  MEDIA

Street Address  10 COLUMBUS CIRCLE

City and County  NEW YORK

State and Zip Code  NEW YORK 10019

Telephone Number  1-212-275-7800

E-mail Address *(if known)*

Defendant No. 1

    Name                        KATE Bouldan

    Job or Title *(if known)*     Media

    Street Address         10 Columbus circle

    City and County       New York

    State and Zip Code    New York   10019

    Telephone Number    1-212-275-7800

    E-mail Address *(if known)*

Defendant No. 2

    Name                        Pamela Brown

    Job or Title *(if known)*     Media

    Street Address         10 Columbus circle

    City and County       New York

    State and Zip Code    New York   10019

    Telephone Number    1-212-275-7800

    E-mail Address *(if known)*

Defendant No. 3

    Name                        Sanjay Gupta

    Job or Title *(if known)*     Media

    Street Address         10 Columbus circle

    City and County       New York

    State and Zip Code    New York   10019

    Telephone Number    1-212-275-7800

    E-mail Address *(if known)*

Defendant No. 4

    Name                        Van Jonh S

    Job or Title *(if known)*     Media

    Street Address         10 Columbus circle

    City and County       New York

    State and Zip Code    New York   10019

    Telephone Number    1-212-275-7800

    E-mail Address *(if known)*

Defendant No. 1

Name ERIN BURNETT

Job or Title *(if known)* MEDIA

Street Address 10 COLUMBUS CIRCLE

City and County NEW YORK

State and Zip Code NEW YORK 10019

Telephone Number 1-212-275-7800

E-mail Address *(if known)*

Defendant No. 2

Name ALISYN CAMEROTA

Job or Title *(if known)* MEDIA

Street Address 10 COLUMBUS CIRCLE

City and County NEW YORK

State and Zip Code NEW YORK 10019

Telephone Number 1-212-275-7800

E-mail Address *(if known)*

Defendant No. 3

Name JULIA CHATTERLY

Job or Title *(if known)* MEDIA

Street Address 10 COLUMBUS CIRCLE

City and County NEW YORK

State and Zip Code NEW YORK 10019

Telephone Number 1-212-275-7800

E-mail Address *(if known)*

Defendant No. 4

Name SE CUPP

Job or Title *(if known)* MEDIA

Street Address 10 COLUMBUS CIRCLE

City and County NEW YORK

State and Zip Code NEW YORK 10019

Telephone Number 1-212-275-7800

E-mail Address *(if known)*

**Defendant No. 1**

Name CHRISTINE AMANPOUR

Job or Title *(if known)* MEDIA

Street Address 10 COLUMBUS CIRCLE

City and County NEW YORK

State and Zip Code NEW YORK 10019

Telephone Number 1-212-275-7800

E-mail Address *(if known)*

**Defendant No. 2**

Name JOHN AVLON

Job or Title *(if known)* MEDIA

Street Address 10 COLUMBUS CIRCLE

City and County NEW YORK

State and Zip Code NEW YORK 10019

Telephone Number 1-212-275-7800

E-mail Address *(if known)*

**Defendant No. 3**

Name DAVID AXLEROD

Job or Title *(if known)* MEDIA

Street Address 10 COLUMBUS CIRCLE

City and County NEW YORK

State and Zip Code NEWY YORK 10019

Telephone Number 1-212-275-7800

E-mail Address *(if known)*

**Defendant No. 4**

Name DANA BASH

Job or Title *(if known)* MEDIA

Street Address 10 COLUMBUS CIRCLE

City and County NEW YORK

State and Zip Code NEW YORK 10019

Telephone Number 1-212-275- 7800

E-mail Address *(if known)*

Defendant No. 1

Name — SEAN HANNITY

Job or Title *(if known)* — MEDIA

Street Address — 1211 AVENUE OF THE AMERICAS

City and County — NEW YORK

State and Zip Code — NEW YORK 10036

Telephone Number — 1-212-301-3000

E-mail Address *(if known)*

Defendant No. 2

Name — Tucker CARLSON

Job or Title *(if known)* — MEDIA

Street Address — 1211 AVENUE OF THE AMERICAS

City and County — NEW YORK

State and Zip Code — NEW YORK 10036

Telephone Number — 1-212-301-3000

E-mail Address *(if known)*

Defendant No. 3

Name — JESSIE WATERS

Job or Title *(if known)* — MEDIA

Street Address — 1211 AVENUE OF THE AMERICAS

City and County — NEW YORK

State and Zip Code — NEW YORK 10036

Telephone Number — 1-212-301-3000

E-mail Address *(if known)*

Defendant No. 4

Name — JIM ACOSTA A COSTA

Job or Title *(if known)* — MEDIA

Street Address — 10 COLUMBUS CIRCLE

City and County — NEW YORK

State and Zip Code — NEW YORK 10019

Telephone Number — 1-212-275-7800

E-mail Address *(if known)*

Defendant No. 1

    Name — Al SHARPTON

    Job or Title *(if known)* — MEDIA

    Street Address — 30 ROCKFELLER PLAZA

    City and County — NEW YORK

    State and Zip Code — NEW YORK 10112

    Telephone Number — 1-866-374-7826

    E-mail Address *(if known)*

Defendant No. 2

    Name — KATIE TUR

    Job or Title *(if known)* — MEDIA

    Street Address — 30 ROCKFELLER PLAZA

    City and County — NEW YORK

    State and Zip Code — NEW YORK 10112

    Telephone Number — 1-866-374-7826

    E-mail Address *(if known)*

Defendant No. 3

    Name — CHuck Todd

    Job or Title *(if known)* — MEDIA

    Street Address — 30 ROCKFELLER PLAZA

    City and County — NEW YORK

    State and Zip Code — NEW YORK 10112

    Telephone Number — 1-866-374-7826

    E-mail Address *(if known)*

Defendant No. 4

    Name — JEN PSAKi

    Job or Title *(if known)* — MEDIA

    Street Address — 30 ROCKFELLER PLAZA

    City and County — NEW YORK

    State and Zip Code — NEW YORK 10112

    Telephone Number — 1-866-374-7826

    E-mail Address *(if known)*

Defendant No. 1

    Name                 RED DOG SALOON

    Job or Title *(if known)*

    Street Address        278 S. FRANKLIN St.

    City and County       JUNEAU

    State and Zip Code    ALASKA 99801

    Telephone Number    907-463-3658

    E-mail Address *(if known)*

Defendant No. 2

    Name                 GARY'S FINE JEWELRY

    Job or Title *(if known)*

    Street Address        315 S. FRANKLIN St

    City and County       JUNEAU

    State and Zip Code    ALASKA 99801

    Telephone Number    907-~~463-~~~~~~ 500-7464

    E-mail Address *(if known)*

Defendant No. 3

    Name                 HICKOK'S TRADING CO.

    Job or Title *(if known)*

    Street Address        285 S. FRANKLIN St.

    City and County       JUNEAU

    State and Zip Code    ALASKA 99801

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name                 DIAMONDS INTERNATIONAL

    Job or Title *(if known)*

    Street Address        422 S FRANKLIN ST

    City and County       JUNEAU

    State and Zip Code    ALASKA 99801

    Telephone Number    1-877-627-9759

    E-mail Address *(if known)*

Defendant No. 1

    Name                 ALASKA STATE TROOPERS

    Job or Title *(if known)*

    Street Address        2760 SHERwood LN

    City and County       JuNRAU

    State and Zip Code    ALASKA 99801

    Telephone Number    907-586-0600

    E-mail Address *(if known)*

Defendant No. 2

    Name                  JuNRAU Police DEPARTMENT

    Job or Title *(if known)*

    Street Address        6255 AlAWAY AveNue E

    City and County       Ju NRAU

    State and Zip Code    ALASKA 99801

    Telephone Number    907-586-0600

    E-mail Address *(if known)*

Defendant No. 3

    Name                  AlASKA DEPARTMENT oF PuBlic SAFEty

    Job or Title *(if known)*

    Street Address        150 3RD ST

    City and County       JuNRAY

    State and Zip Code    AlASKA 99801

    Telephone Number    1-907-465-4322

    E-mail Address *(if known)*

Defendant No. 4

    Name                  MiCHAEt DuNlAP

    Job or Title *(if known)*

    Street Address        1406 3RD STRHEET

    City and County       Douglas

    State and Zip Code    AlASKA 99824

    Telephone Number    UNKNOWN

    E-mail Address *(if known)*

                      LAST KNOWN ADDRESS

William C Clarke
8715 Teal Street
Juneau AK 99801

US District Court/civil Lawsuit
P.O. Box 020349
Juneau AK 99802



1000



99802



U.S. POSTAGE PAID
JCP-L@ESEL.XN
JUNEAU, AK
99801
MAY 09, '22
AMOUNT
$2.16
R2305M144089-1